**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Gary Goldman, et al.
                                        Plaintiff,

v.                                      Case No.: 1:10–cv–03051
                                        Honorable Robert W. Gettleman

Draseena Funds Group Corp., et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 13, 2012:

     ot; Plaintiffs shall try to limit the deposition of Ben Roth to a half–day. Mailed notice(lxs, )MINUTE entry before Honorable Nan R. Nolan: Status hearing held and continued to 04/11/12 at 9:30 a.m. Plaintiffs' Motion to Compel [187] is granted. As discussed in open court, Plaintiffs' deposition questioning shall focus on the actual claims and defense in the action. As the advisory committee notes discussing Rule 26's amendment in 2000 explains, there is "no entitlement to discovery to develop new claims or defense that are not already identified in the pleadings.

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.