# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | **10 C 3051** | **DATE** | **3/22/2012** |
| **CASE TITLE** | Gary Goldman    v    Daniel Spitzer | | |

**DOCKET ENTRY TEXT:**

Plaintiff John E. Hill, III's motion [185] to substitute the party originally listed as John E. Hill, Jr. To be the Estate of John E. Hill, Jr. is granted.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|