IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| GARY GOLDMAN, et al., | : | CASE NO. 10-cv-3051 |
|---|---|---|
| | : | Judge Robert W. Gettleman |
| v. | | |
| | : | Magistrate Judge Nan R. Nolan |
| DANIEL SPITZER, et al. | : | Jury Trial Demanded |

## SUGGESTION OF BRANKRUPTCY OF DEFENDANT EMANUEL L. SARRIS, SR.

**PLEASE TAKE NOTICE** that Defendant, EMANUEL L. SARRIS, SR., (the **"Defendant"**), filed a Voluntary Petition under Chapter 11, Title 11 of the United States Code on May 11, 2012, in the United States Bankruptcy Court for the Southern District of Florida, West Palm Beach Division, captioned as follows:

> In Re: Emanuel L. Sarris, Sr., Debtor
> Case No. 12-21642-PGH

Pursuant to 11 U.S.C. §362 a Stay Order is in effect which prohibits certain actions from being taken against the Debtor without prior authorization from the United States Bankruptcy Court.

**PLEASE GOVERN YOURSELVES ACCORDINGLY.**

BARATTA, RUSSELL & BARATTA

BY:/s/*ANTHONY J. BARATTA*
ANTHONY J. BARATTA, ESQUIRE
Attorney for Defendant, Emanuel L. Sarris, Sr.
The Loft at Woodmont 3500 Reading Way
Huntingdon Valley, PA 19006
Telephone:(215) 914-2222
Fax: (215-914-2118
Attorney I.D. No. 56287

DATE: May 17, 2012

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| GARY GOLDMAN, et al., | : | CASE NO. 10-cv-3051 |
| | : | Judge Robert W. Gettleman |
| v. | : | |
| | : | Magistrate Judge Nan R. Nolan |
| DANIEL SPITZER, et al. | : | Jury Trial Demanded |

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of ***Defendant Emanuel L. Sarris, Sr.'s Suggestion of Bankruptcy*** was served upon counsel and party listed below via the Court's Electronic Filing system. Any counsel or party not served via the Court's system will be served via email personally by Defendant's counsel.

Alan C. Milstein amilstein@shermansilverstein.com
Aruna Bagyam Subramanian aruna.subramanian@dbr.com, aruna7783@gmail.com
Gary M. Sinclair gary@garyslaw.com
Jason R. Brost jrb@hendricksonlawfirm.com
John M. George jgeorge@kattentemple.com, acorona@kattentemple.com
Julie Thrall Burrow jtb@hendricksonlawfirm.com
Justin O'Neill Kay justin.kay@dbr.com, docketmail@drb.com
Nancy Anne Temple ntemple@kattentemplelaw.com
Nancy L. Hendrickson nancy@hendricksonlawfirm.com
Tina J. Cohen tcohen@kattentemple.com
Vivian Drohan vdrohan@dlkny.com


DATED: May 17, 2012         ***/s/ANTHONY J. BARATTA***
                            ANTHONY J. BARATTA, ESQUIRE
                            Attorneys for Defendant, Emanuel L. Sarris, Sr.