# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division


Gary Goldman, et al.

                        Plaintiff,

v.                                              Case No.: 1:10–cv–03051
                                            Honorable Robert W. Gettleman

Draseena Funds Group Corp., et al.

                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, May 24, 2012:


      MINUTE entry before Honorable Nan R. Nolan:Magistrate Judge Status hearing held on 5/24/2012 and continued 6/12/2012 at 09:00 a.m. after parties appear before the district court.Mailed notice(lxs, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.