**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | |
|---|---|
| GARY GOLDMAN, *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 10-cv-3051 |
| v. ) | |
| ) | Judge Robert W. Gettleman |
| DANIEL SPITZER, *et al.,* ) | |
| ) | Magistrate Judge Nan R. Nolan |
| Defendants. ) | |

**NOTICE OF MOTION**

To:   Attached Certificate of Service

     PLEASE TAKE NOTICE that on **June 12, 2012**, at **9:15 a.m**., we will appear before the Honorable Robert W. Gettleman, Courtroom 1703, or any judge sitting in his stead, and present the attached Plaintiffs' Motion for a Rule 54(b) Finding Regarding Default Judgment Entered April 11, 2012.


June 6, 2012                      Respectfully submitted,

                                      GARY GOLDMAN, *et al*.

                                      By:  /s/ Joshua R. Diller
                                           One of their Attorneys

John M. George, Jr.
Nancy A. Temple
Joshua R. Diller
Katten & Temple LLP
542 S. Dearborn, #1060
Chicago, IL  60605
312-663-0800
312-663-0900 (fax)
jgeorge@kattentemple.com
ntemple@kattentemple.com
jdiller@kattentemple.com

Case: 1:10-cv-03051 Document #: 205 Filed: 06/06/12 Page 2 of 2 PageID #:1507

## **CERTIFICATE OF SERVICE**

I, Joshua R. Diller, an attorney, certify that the foregoing Plaintiff's Motion for a Rule 54(b) Finding Regarding Default Judgment Order Entered April 11, 2012, was served upon the following on June 6, 2012 via the Court's Case Management/Electronic Case Files (CM/ECF) system or via U.S. Mail:

| | |
|---|---|
| Gary M. Sinclaire, Esq.<br>2043 North Mohawk Street<br>Chicago, IL  60614 | Vivian Drohan, Esq.<br>Drohan Lee, LLP<br>489 5th Avenue, F114<br>New York, NY  10017 |
| Anthony J. Baratta, Esq.<br>Baratta, Russell & Baratta<br>3500 Reading Way<br>The Loft at Woodmont<br>Huntingdon Valley, PA  19006 | Alfred Gerebizza, #63188-019<br>MCC Chicago<br>Metropolitan Correctional Center<br>71 W. Van Buren St.<br>Chicago, IL 60605 |
| Renee O'Kelly<br>Hinshaw & Culbertson, LLP<br>222 N. LaSalle, Suite 300<br>Chicago, Illinois 60601 | Justin O'Neill Kay<br>Drinker Biddle & Reath<br>191 N. Wacker, Suite 3700<br>Chicago, IL  60606 |

/s/  Joshua R. Diller