IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| GARY GOLDMAN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 10-cv-3051 |
| v. ) | |
| ) | Judge Robert W. Gettleman |
| DANIEL SPITZER, *et al.*, ) | |
| ) | Magistrate Judge Nan R. Nolan |
| Defendants. ) | |

## MOTION TO WITHDRAW

Tina J. Cohen hereby moves to withdraw her appearance on behalf of Plaintiffs. Tina J. Cohen is no longer employed at Katten & Temple LLP. Nancy A. Temple, John M. George, and Joshua R. Diller, attorneys at Katten & Temple will remain as counsel representing all Plaintiffs.

Dated: July 18, 2012                                    Respectfully submitted,

                                                        /s/ Nancy A. Temple
                                                        Counsel for Plaintiffs

John M. George, Jr.
Nancy A. Temple
Joshua R. Diller
Katten & Temple LLP
542 S. Dearborn, Suite 1060
Chicago, IL 60605
(312) 663-0800
jgeorge@kattentemple.com
ntemple@kattentemple.com
jdiller@kattentemple.com