IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| GARY GOLDMAN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 10-cv-3051 |
| v. ) | |
| ) | Judge Robert W. Gettleman |
| DANIEL SPITZER, *et al.*, ) | |
| ) | Jury Trial Demanded |
| Defendants. ) | |

### NOTICE OF MOTION

TO:  Attached Certificate of Service

PLEASE TAKE NOTICE that on **Tuesday, July 24, 2012, at 9:15 a.m.**, we will appear before the Honorable Robert W. Gettleman, Courtroom 1703, or any judge sitting in his stead, and present the attached **Motion to Withdraw**.

July 18, 2012                                                    Respectfully submitted,


                                                                /s/ Nancy A. Temple


John M. George, Jr.
Nancy A. Temple
Joshua R. Diller
Katten & Temple LLP
542 S. Dearborn, Suite 1060
Chicago, IL 60605
(312) 663-0800
jgeorge@kattentemple.com
ntemple@kattentemple.com
jdiller@kattentemple.com

## CERTIFICATE OF SERVICE

I, Nancy A. Temple, an attorney, certify that the foregoing **MOTION TO WITHDRAW** was served upon the following on July 18, 2012 via the Court's Case Management/Electronic Case Files (CM/ECF) system or via U.S. Mail:

Gary M. Sinclaire, Esq.
2043 North Mohawk Street
Chicago, IL 60614
Attorney for Defendant, Brian Donahue

Vivian Drohan, Esq.
Drohan Lee, LLP
489 5th Avenue, F114
New York, NY 10017
Pro Hac Vice Attorney for Defendant
Brian Donahue

Daniel H. Spitzer
32 Ketterling Court
North Barrington, IL 60010

Anthony J. Baratta, Esq.
Baratta, Russell & Baratta
3500 Reading Way
The Loft at Woodmont
Huntingdon Valley, PA 19006

Alfred Gerebizza, #63188-019
MCC Chicago
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

Renee O'Kelly
Hinshaw & Culbertson, LLP
222 N. LaSalle, Suite 300
Chicago, Illinois 60601

Justin O'Neill Kay
Drinker Biddle & Reath
191 N. Wacker, Suite 3700
Chicago, IL 60606

/s/ Nancy A. Temple