I8Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | **10 C 3051** | **DATE** | **7/26/2012** |
| **CASE TITLE** | Gary Goldman   vs   Daniel Spitzer | | |

**DOCKET ENTRY TEXT:**

Motion [212] of Tina Cohen to withdraw her appearance as counsel for plaintiff is granted.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|