IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| GARY GOLDMAN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 10-cv-3051 |
| v. ) | |
| ) | Judge Robert W. Gettleman |
| DANIEL SPITZER, *et al.*, ) | |
| ) | Magistrate Judge Nan R. Nolan |
| Defendants. ) | |

## PLAINTIFFS' SUPPLEMENTAL STATUS REPORT

Pursuant to the Court's order, plaintiffs, by and through their counsel, Katten & Temple LLP, respectfully submit this status report on discovery.

1. All defendants except defendants Brian Donahue, Emmanuel Sarris and Sarris Financial Group have defaulted.

2. Final default judgment orders have been entered against all defaulting parties except defendant Alfred Gerebizza, who remains incarcerated in Chicago pending his criminal trial.

3. Defendant Emmanuel Sarris has filed for bankruptcy in the Southern District of Florida. Defendant Sarris Financial Group has not filed for bankruptcy but plaintiffs' counsel has been in discussions with Mr. Sarris's bankruptcy counsel about resolving claims against Mr. Sarris personally and his company, Sarris Financial Group, on a global basis. Those settlement discussions are continuing and bankruptcy counsel will be submitting a proposed plan soon.

4. Counsel for defendant Donahue has requested depositions of one or more representative plaintiffs. Plaintiffs have offered two proposed deponents.

5. Plaintiffs have made a settlement demand on defendant Donahue. Plaintiffs have requested a settlement conference with Judge Nolan to facilitate settlement.

1

| | |
|---|---|
| Dated: July 30, 2012 | Respectfully submitted, |
| | /s/ Nancy A. Temple |
| John M. George, Jr. | |
| Nancy A. Temple | |
| Joshua R. Diller | |
| Katten & Temple LLP | |
| 542 S. Dearborn, Suite 1060 | |
| Chicago, IL 60605 | |
| (312) 663-0800 | |
| jgeorge@kattentemple.com | |
| ntemple@kattentemple.com | |