### UNITED STATES DISTRICT COURT FOR THE DISTRICT COURT OF ILLINOIS EASTERN DIVISION

Gary Goldman, et al..,

          Plaintiffs,

v.

Alfred Gerebizza, et al.,

          Defendants.

No. 1:10-cv-03051

Honorable Robert W. Gettleman

### MOTION OF ARUNA B. SUBRAMANIAN TO WITHDRAW AS COUNSEL FOR DEFENDANT EMANUEL L. SARRIS

I, Aruna B. Subramanian, hereby move this Court to permit me to withdraw my appearance as counsel for Defendant, EMANUEL L. SARRIS. In support of this motion, I state the following:

1.      Effective June 29, 2012, I have left Drinker Biddle & Reath LLP.

2.      Defendant EMANUEL L. SARRIS continues to be represented by Drinker Biddle & Reath LLP.

3.      The granting of this motion will not prejudice any party in this case.

WHEREFORE, I, Aruna B. Subramanian, respectfully request that this Court enter an order granting this Motion to Withdraw as Counsel for Defendant EMANUEL L. SARRIS.

Dated:  August 14, 2012

                                   Respectfully Submitted,

                                   /s/ Aruna Subramanian    .

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney states that on August 14, 2012 she caused a true and correct copy of the foregoing Motion to Withdraw as Counsel to be filed electronically with the CM/ECF system, which provided notice to all attorneys of record.

/s/ Aruna Subramanian        .