**UNITED STATES DISTRICT COURT FOR THE DISTRICT COURT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Gary Goldman, et al.., | |
| Plaintiffs, | |
| v. | No. 1:10-cv-03051 |
| Alfred Gerebizza, et al., | Honorable Robert W. Gettleman |
| Defendants. | |

### NOTICE OF MOTION OF ARUNA B. SUBRAMANIAN TO WITHDRAW AS COUNSEL FOR DEFENDANT EMANUEL L. SARRIS

To: All Parties and Their Attorneys of Record

PLEASE TAKE NOTICE that on August 21, 2012 at 9:15 a.m. or as soon as counsel may be heard, I shall appear before the Honorable Robert W. Gettleman in Courtroom 1703, 219 South Dearborn Street, the courtroom usually occupied by him, and shall then and there present the Motion to Withdraw as Counsel, a copy of which is attached hereto.

Dated: August 14, 2012

                                                                                             Respectfully Submitted

                                                                                              /s/ Aruna Subramanian   .