I8Order Form (01/2005)

**United States District Court, Northern District of Illinois**

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | **10 C 3051** | **DATE** | **8/29/2012** |
| **CASE TITLE** | Gary Goldman, et al    vs   Alfred Gerebizza, et al | | |

**DOCKET ENTRY TEXT:**

Motion [220] of Aruna B. Subramanian for leave to withdraw  appearance as counsel for defendant Emanuel L. Sarris is granted.

 [Docketing to mail  notice]

00:00

| | | |
|---|---|---|
| | Courtroom Deputy | GDS |