IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| GARY GOLDMAN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 10-cv-3051 |
| v. ) | |
| ) | Judge Robert W. Gettleman |
| DANIEL SPITZER, *et al.*, ) | |
| ) | Jury Trial Demanded |
| Defendants. ) | |

## NOTICE OF FILING

TO: Attached Certificate of Service

PLEASE TAKE NOTICE that on September 14, 2012, Plaintiff filed with the District Court for the Northern District of Illinois Eastern Division, through the Court's Case Management/Electronic Case Files (CM/ECF) system, **Plaintiffs' and Plaintiffs-Intervenors' Agreed Motion to Excuse Individual Plaintiffs from Attendance at the Settlement Conference**, a copy of which is hereby served upon you.

DATED: September 14, 2012

By: /s/ John M. George
One of Plaintiff's Attorneys

John M. George, Jr.
Nancy A. Temple
Joshua R. Diller
Katten & Temple LLP
542 S. Dearborn, Suite 1060
Chicago, IL 60605
(312) 663-0800
jgeorge@kattentemple.com
ntemple@kattentemple.com
jdiller@kattentemple.com

## CERTIFICATE OF SERVICE

The undersigned being duly sworn upon oath deposes and states that a copy of the foregoing was served upon the above named persons by e-mailing same via CM/ECF Filing, to their e-mail address on file on this 14 day of September, 2012.

/s/ John M. George

Gary M. Sinclaire, Esq.
2043 North Mohawk Street
Chicago, IL 60614
Attorney for Defendant, Brian Donahue

Vivian Drohan, Esq.
Drohan Lee, LLP
489 5th Avenue, F114
New York, NY 10017
Pro Hac Vice Attorney for Defendant
Brian Donahue

Daniel H. Spitzer
32 Ketterling Court
North Barrington, IL 60010

Anthony J. Baratta, Esq.
Baratta, Russell & Baratta
3500 Reading Way
The Loft at Woodmont
Huntingdon Valley, PA 19006

Alfred Gerebizza, #63188-019
MCC Chicago
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

Renee O'Kelly
Hinshaw & Culbertson, LLP
222 N. LaSalle, Suite 300
Chicago, Illinois 60601

Justin O'Neill Kay
Drinker Biddle & Reath
191 N. Wacker, Suite 3700
Chicago, IL 60606