# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 10 C 3051 | **DATE** | 9/25/2012 |
| **CASE TITLE** | Gary Goldman , et al vs. Daniel Spitzer , et al | | |

**DOCKET ENTRY TEXT**

Settlement conference held on 9/21/2012. Agreement reached as to defendant Brian Donahue. Parties directed to file stipulated dismissal order within ninety (90) days with the District Judge.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|