# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that Mary M. Rowland has entered on duty as a Magistrate Judge for the Northern District of Illinois, with a duty station in Chicago, Illinois, effective October 1, 2012; therefore

Pursuant to Internal Operating Procedure 17, the attached list of civil cases previously pending before Magistrate Judge Nan R. Nolan are hereby reassigned to Magistrate Judge Rowland.

It is further ordered that the attached list of civil referrals previously before Magistrate Judge Nolan are hereby transferred to Magistrate Judge Rowland.

It is further ordered that Magistrate Judge Rowland is to become the designated magistrate judge pursuant to Local Rule 72.1 in any pending civil or criminal case where Magistrate Judge Nolan was the designated magistrate judge as of September 30, 2012.

It is further ordered that, unless otherwise ordered by Magistrate Judge Rowland, all hearing dates, deadlines, and schedules set by Magistrate Judge Nolan in the attached list of cases are to remain in effect.

IT IS FURTHER ORDERED that this order is to become effective on October 1, 2012.


**ENTER:**

**FOR THE COURT**

_____
Chief Judge

Dated at Chicago, Illinois this ___1st___ day of October, 2012.

**Civil Consent Cases to be Reassigned to Magistrate Judge Mary M. Rowland**

| Case Number | Case Title |
| --- | --- |
| 09 C 01690 | Fox-Martin v. Jones, et al. |
| 09 C 06963 | Lundeen v. Target Corporation |
| 10 C 02401 | Laborers Pension Fund, et al v. Sanchez Paving, et al. |
| 10 C 05379 | Pakhotama v. Astrue |
| 10 C 06044 | Romo v. Astrue |
| 10 C 06447 | Lewis v. Astrue |
| 10 C 07848 | Johnson v. Astrue |
| 10 C 08016 | Rutherford v. Astrue |
| 11 C 00234 | Perper v. Target Corporation, et al. |
| 11 C 02464 | Chicago. Carp. Pension Fund,. et al. v. SCF Comm Flooring, Inc., et al. |
| 11 C 02749 | Cincinnati Insurance Company v. Weyerhaeuser NR Company |
| 11 C 02877 | Chicago Carp. Pension Fund, et al. v. Ruane Construction, Inc. |
| 11 C 03277 | Wleklinski v. Astrue |
| 11 C 03361 | Corbin v. Astrue |
| 11 C 03719 | Cota v. Astrue |
| 11 C 04090 | Suess v. Astrue |
| 11 C 05139 | Rodriguez v. Astrue |
| 11 C 06099 | Hurlbut v. Astrue |
| 11 C 06123 | Kazmi v. Astrue |
| 11 C 06318 | McCurdy v. Astrue |
| 11 C 06589 | Hull v. Astrue |

| | |
|---|---|
| 12 C 00078 | Wilkins v. Astrue |
| 12 C 00171 | Fuller v. Astrue |
| 12 C 00413 | Hartfield v. EEOC, et al. |
| 12 C 00903 | Allen v. Astrue |
| 12 C 01407 | Saunders v. Astrue |
| 12 C 01824 | Pulimi v. Astrue |
| 12 C 01965 | Gentry v. Astrue |
| 12 C 01966 | Bradley v. Astrue |
| 12 C 02868 | McKinnes v. Astrue |
| 12 C 02912 | Porter v. Astrue |
| 12 C 02931 | Yantz v. Astrue |
| 12 C 03871 | Anderson v. Astrue |
| 12 C 04059 | McCaster v. Astrue |
| 12 C 04908 | Ewing v. Astrue |
| 12 C 06018 | Pedicini v. Astrue |

**Civil Referrals to be Transferred to Magistrate Judge Mary M. Rowland**

| Case Number | Case Title | District Judge |
|---|---|---|
| 02 C 05893 | Jaffe v. Household Intl Inc, et al. | Guzman |
| 04 C 07806 | Amer Needle Inc v. New Orleans, et al. | Coleman |
| 05 C 00736 | Costello v. Poisella | Gettleman |
| 05 C 00740 | Costello v. Brunner | Gettleman |
| 05 C 00746 | Costello v. Scozzafava | Gettleman |

| | | |
|---|---|---|
| 05 C 00764 | Costello v. Weiss | Gettleman |
| 07 C 02144 | Cooper v. Daley | Dow |
| 07 C 05731 | Patterson v. Kiltousky | Zagel |
| 08 C 04922 | Domanus v. Lewicki | Bucklo |
| 08 C 07467 | Hunter v. Ormond | Tharp |
| 10 C 00013 | Franks v. MKM Oil, Inc. | Chang |
| 10 C 00065 | Brown v. Shaw | Nordberg |
| 10 C 00105 | Fitzgerald v. Merrill Corporation | Nordberg |
| 10 C 02023 | Dugas-Filippi v. JP Morgan Chase & Co | Lee |
| 10 C 02954 | Wychocki v. Franciscan Sisters of Chicago | Manning |
| 10 C 03051 | Goldman v. Spitzer | Gettleman |
| 10 C 03166 | Forest Park Nat'l. Bank v. Ditchfield | Pallmeyer |
| 10 C 03965 | Dobbey v. Randle | Dow |
| 10 C 04595 | Gvozden v. Village of Lincolnwood | Dow |
| 10 C 04606 | Tabet v. Mill Run Tours, Inc. | Dow |
| 10 C 04724 | Thermapure, Inc. v. Temp-Air, Inc. | Lefkow |
| 10 C 04724 | Thermapure, Inc. v. Temp-Air, Inc. | Lefkow |
| 10 C 05534 | Hasan v. Cottrell, Inc. | Nordberg |
| 10 C 05711 | Kleen Prod. v. Packaging Corp. of America | Shadur |
| 10 C 06104 | Brown v. University of Illinois | Tharp |
| 10 C 06782 | Carolina Casualty v. LaFarge NorthAmerica | Nordberg |
| 10 C 08263 | Booth v. Village of Dolton | Nordberg |
| 11 C 00114 | Chavda v. Swedish Covenant Hospital | Zagel |

| Case No. | Case Name | Judge |
|---|---|---|
| 11 C 00775 | Giannopoulos v. Iberia Lineas Aereas | Lefkow |
| 11 C 01496 | Guider v. Cook County Jail | Gettleman |
| 11 C 02374 | Dobbey v. Zhang | Dow |
| 11 C 03000 | Dobbey v. Randle | Dow |
| 11 C 03557 | Sanders v. W&W Wholesale Inc. | Der-Yeghiayan |
| 11 C 04435 | Berry v. Quick Test, Inc., et al. | Kennelly |
| 11 C 05038 | Waterson v. Solomon Holdings | Dow |
| 11 C 05269 | O'Hagan v. Blue Ribbon Taxi | Zagel |
| 11 C 05624 | Liebich v. Hardy et al | Gettleman |
| 11 C 05829 | Bailey v. Martin | Lee |
| 11 C 06512 | Jackson v. Dart | Gettleman |
| 11 C 06878 | Hamilton v. Target Corporation | Coleman |
| 11 C 07550 | Hunt v. Louisville Ladder, Inc. | Gettleman |
| 12 C 00364 | Bianchi v. Tonigan, III | Dow |
| 12 C 00468 | Manshoor v. Khan | Lindberg |
| 12 C 01147 | Henders v. hhgregg, Inc. | Gottschall |
| 12 C 01388 | Riversource Life Ins. v. Amy Plumbing | Guzman |
| 12 C 01461 | Dobbey v. Johnson | Dow |
| 12 C 01535 | Pacific Century International v. Does 1-25 | Bucklo |
| 12 C 01739 | Dobbey v. Mitchell-Lawshea | Dow |
| 12 C 01792 | Jenkins v. FMS Investment Corp. | Feinerman |
| 12 C 01856 | Fish v. Hennessy | Kendall |
| 12 C 01915 | Martz v. Federal Home Loan Bank Chicago | Coleman |

| | | |
|---|---|---|
| 12 C 01967 | Kurowski v. Shinseki | Holderman |
| 12 C 02110 | Holevis v.. Sauk Village | Nordberg |
| 12 C 03472 | Hernandez v. City of Chicago | Feinerman |
| 12 C 03629 | SRAM, LLC v. HB Suspension Products | Chang |
| 12 C 04081 | Hill-Corley v. Sauk Village | Gettleman |
| 12 C 04231 | Atwater v. Chicago Board of Education | Kendall |
| 12 C 04322 | Lozano v. Lyondellbasell Industries, Inc. | Guzman |