IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| GARY GOLDMAN, et al., | : | CASE NO. 10-cv-3051 |
| | : | Judge Robert W. Gettleman |
| vs. | : | Magistrate Judge Mary W. Rowland |
| DANIEL SPITZER, et al. | : | Jury Trial Demanded |

## NOTICE OF MOTION

**TO:**  John M. George, Esquire      Nancy Anne Temple, Esquire
Gary M. Sinclair, Esquire      Vivian Drohan, Esquire
Nancy L. Hendrickson, Esquire      Julie Thrall Burrow, Esquire
David Michael Carpenter      John J. Drammis, Jr.
Christopher & Jenni Yingling

**PLEASE TAKE NOTICE** that on October 17, 2012, at 9:15 am, or as soon thereafter as counsel may be heard, counsel for Defendants Emanuel L. Sarris, Sr. and Sarris Financial Group, Inc.,  shall appear before the Honorable Judge Robert W. Gettleman or any judge sitting in his stead in **Courtroom 1703** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present: *Motion to Withdraw as Counsel for Defendants Emanuel L. Sarris, Sr. and Sarris Financial Group.*

/s/ Anthony J. Baratta
Anthony J. Baratta (*admitted Pro Hac Vice*)
tony@barattarussell.com
**BARATTA, RUSSELL & BARATTA**
3500 Reading Way
The Loft at Woodmont
Huntingdon Valley, PA  19006
(215) 914-2222
(215) 914-2118 (fax)