**United States District Court, Northern District of Illinois**

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | **10 C 3051** | **DATE** | **10/17/2012** |
| **CASE TITLE** | Gary Goldman    vs    Gary Spitzer | | |

**DOCKET ENTRY TEXT:**

Motion hearing held. Anthony Baratta's and Justin O. Kay's motion [232] to withdraw as counsel for defendant Emmanuel L. Sarris, Sr. is granted, and to withdraw for defendant Sarris Financial Group is continued to 11/27/2012, at 9:00 a.m. Status hearing date of 11/14/2012 is re-set to 11/27/2012, at 9:00 a.m.

[Docketing to mail notice]

00:08

| | Courtroom Deputy | GDS |
|---|---|---|