**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Gary Goldman, et al.
        Plaintiff,

v.             Case No.: 1:10–cv–03051
             Honorable Robert W. Gettleman

Alfred Gerebizza, et al.
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 3, 2013:

  MINUTE entry before Honorable Mary M. Rowland:Status hearing held on 1/3/2013. Plaintiff's Counsel has indicated that case has settled. Status hearing set for 2/14/2013 at 08:45 AM. Status date will be stricken if parties file stipulation to dismiss prior to next hearing. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.