IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| GARY GOLDMAN, et al., | : | CASE NO. 10-cv-3051 |
| | : | Judge Robert W. Gettleman |
| vs. | | |
| | : | Magistrate Judge Nan R. Nolan |
| DANIEL SPITZER, et al. | : | Jury Trial Demanded |

### NOTICE OF MOTION

**TO:** John M. George, Esquire  Nancy Anne Temple, Esquire
Gary M. Sinclair, Esquire  Vivian Drohan, Esquire
Nancy L. Hendrickson, Esquire  Julie Thrall Burrow, Esquire
David Michael Carpenter  John J. Drammis, Jr.
Christopher & Jenni Yingling
(See attached list for Address Information)

**PLEASE TAKE NOTICE** that on Tuesday, February 19, 2013 **at 9:15 a.m.** or as soon thereafter as counsel may be heard, counsel for Defendant Emanuel L. Sarris, Sr., and Sarris Financial Group, Inc., shall appear before the Honorable Judge Robert W. Gettleman or any judge sitting in his stead in **Courtroom 1703** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present: ***Motion of Counsel for Defendants, Emanuel L. Sarris, Sr. and Sarris Financial Group to Continue Hearing of February 19, 2013 regarding Motion to Withdraw as Counsel.***

/s/ Anthony J. Baratta
ANTHONY J. BARATTA, ESQUIRE
tony@barattarussell.com
(*admitted pro hac vice*)
Baratta, Russell & Baratta
3500 Reading Way
The Loft at Woodmont
Huntingdon Valley, PA  19006
(215) 914-2222
(215) 914-2118 (fax)
*Attorney for Defendant Emanuel L. Sarris*

DATE: February 14, 2013

CH01/ 25696398.1