# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Gary Goldman, et al.

                         Plaintiff,

v.                                   Case No.: 1:10–cv–03051
                                        Honorable Robert W. Gettleman

Alfred Gerebizza, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 16, 2013:

      MINUTE entry before Honorable Robert W. Gettleman: Motion hearing held on 4/16/2013 on motion to continue [249] the motion to withdraw. The motion [232] to withdraw is withdrawn without prejudice. Plaintiffs' written status report is due by 6/3/2013. Status hearing is re−set to 6/11/2013 at 9:00 a.m. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.